UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD F. GRODEN, as EXEC. DIRECTOR of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>      Plaintiff,<br><br>v.<br><br>MILLBROOK COLD STORAGE, INC., MEDFORD FREEZER REALTY, INC., NICHE CATOUR LLC D/B/A 9 AT HOME, AND BARBARA LYNCH GRUPPO, INC.,[1]<br><br>      Defendants. | Case No.: 20-cv-11457 PBS |

## **JUDGMENT**

Defendant Millbrook Cold Storage, Inc. and Defendant Medford Freezer Realty, Inc., having failed to plead or otherwise defend in this action and a default having been entered on December 4, 2020;

Now, upon application of Plaintiff and affidavits demonstrating that Defendants owe Plaintiff the principal sum of $1,133,810, that Defendants are not infants or incompetent persons or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $2,994.55;

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Millbrook Cold Storage, Inc. and Defendant Medford Freezer Realty, Inc., the principal amount of $1,133,810, with costs in the amount of $2,994.55, prejudgment interest at the rate of 5% from July 5, 2020 to January 4, 2021 in the amount of $33,485.71 and liquidated damages of 20% of the principal in the amount of $226,762 for a total judgment of $1,397,052.26 with interest as provided by law.

---

[1] Plaintiff dismissed Defendants Niche Catour LLC d/b/a 9 At Home and Barbara Lynch Gruppo, Inc. on October 28, 2020.

2

By the Court,

 /s/ Casey Baker
DEPUTY CLERK

DATED:  1/20/2021

NOTE: The post judgment interest rate effective this date is   0.10   %.